BP:nm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20469-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YUNIEL ECHEVARRIA,

    Defendant.
_____/

**PRELIMINARY JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary judgment of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant YUNIEL ECHEVARRIA (hereinafter referred to as "defendant"):

1. In the Information in the above-styled case the government sought forfeiture pursuant to 18 U.S.C. § 982(a)(7) of the property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the defendant's violation of 18 U.S.C. § 1349, including:

> a money judgment in the amount of $973,676.00 in U.S. currency, which represents the gross proceeds of the fraud.

2. On July 29, 2008, defendant entered a plea of guilty to the Information and the violation of 18 U.S.C. § 1349 and agreed to forfeit all of his right, title and interest in the following property as property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense to the United States:

> a money judgment in the amount of $973,676.00 in U.S. currency, which represents the gross proceeds of the fraud.

Therefore, in consideration of the plea agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby:

ORDERED that,

1. All right, title and interest of defendant YUNIEL ECHEVARRIA in the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(7):

> a money judgment in the amount of $973,676.00 in U.S. currency, which represents the gross proceeds of the fraud.

2. The United States Marshals Service, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853[1].

---

[1] The procedures at 21 U.S.C. § 853, except for subsection (d), are made applicable to forfeitures under 18 U.S.C. § 982(a)(7) by 18 U.S.C. § 982(b)(1).

2

3. The United States shall publish notice of this Order at www.forfeiture.gov as required by 21 U.S.C. § 853(n). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings

3

related to any third party petition claims filed with respect to the forfeited property.

It is further,

ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida this 8th day of October 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: AUSA Barbara Papademetriou (1 certified copy)